CINCINNATI BAR ASSOCIATION *v.* TEKULVE.

[Cite as *Cincinnati Bar Assn. v. Tekulve* (1994), 69 Ohio St.3d 1217.]

(No. 92–2167—Submitted and decided June 6, 1994.)

For earlier case, see *Cincinnati Bar Assn. v. Tekulve* (1993), 66 Ohio St.3d 164, 610 N.E.2d 980.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.